Shahzeb Lari *(admitted pro hac vice)*
Eric Blumenfeld
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000

*Counsel for Defendants William L. Ashton, Remy Bernarda, Richard Chin, Ryan M. Dunlap, Stephen Galliker, Mary Ann Gray, Steven A. Kriegsman and Rudolph Nisi, and Nominal Defendant SELLAS Life Sciences Group, Inc. f/k/a Galena Biopharma, Inc.*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| REED JOHNSON, Derivatively on Behalf of SELLAS LIFE SCIENCES GROUP, INC. (f/k/a GALENA BIOPHARMA, INC.), <br><br> Plaintiff, <br><br> v. <br><br> MARK W. SCHWARTZ, RYAN M. DUNLAP, CHRISTOPHER S. LENTO, REMY BERNARDA, WILIAM L. ASHTON, RICHARD CHIN, IRVING M. EINHORN, STEPHEN GALLIKER, MARY ANN GRAY, SANFORD J. HILLSBERG, STEVEN A. KRIEGSMAN, and RUDOLPH NISI, <br><br> Defendants, <br> and <br> SELLAS LIFE SCIENCES GROUP, INC. f/k/a GALENA BIOPHARMA, INC., <br><br> Nominal Defendant. | C.A. No. 2:18-cv-00903-KM-JBC <br><br> **Oral Argument Requested** |

# NOTICE OF DEFENDANTS' MOTION TO DISMISS
# THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

**PLEASE TAKE NOTICE** that on a date and time that the Court will schedule, Defendants SELLAS Life Sciences Group, Inc. f/k/a Galena Biopharma, Inc., William L. Ashton, Remy Bernarda, Richard Chin, Ryan M. Dunlap, Stephen Galliker, Mary Ann Gray, Steven A. Kriegsman Rudolph Nisi, Christopher S. Lento, and Mark W. Schwartz shall move the Honorable Kevin McNulty, U.S.D.J., at the Frank R. Lautenberg U.S. Post Office & Courthouse, Federal Square in Newark, New Jersey, for an Order dismissing with prejudice the Verified Shareholder Derivative Complaint in this matter pursuant to Rule 23.1 and Rule 12(b)(6) of the Federal Rules of Civil Procedure and granting such other and further relief as the Court deems equitable and appropriate.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants rely upon the accompanying Memorandum of Law and Declaration of Shahzeb Lari and exhibits thereto. Defendants also submit a Proposed Order with this motion.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument on this motion.

| | |
|---|---|
| July 16, 2020 | /s/ Eric Blumenfeld |

Shahzeb Lari (admitted *pro hac vice*)
Eric Blumenfeld
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Defendants William L. Ashton, Remy Bernarda, Richard Chin, Ryan M. Dunlap, Stephen Galliker, Mary Ann Gray, Steven A. Kriegsman and Rudolph Nisi, and Nominal Defendant SELLAS Life Sciences Group, Inc. f/k/a Galena Biopharma, Inc.*

/s/  Sandra L. Musumeci [with permission]
Sandra L. Musumeci
RILEY SAFER HOLMES & CANCILA LLP
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: (212) 660-1000
Fax: (212) 660-1001
smusumeci@rshc-law.com

David Resnicoff (admitted *pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700
dresnicoff@rshc-law.com

*Attorneys for Defendant Christopher S. Lento*

/s/  Glenn S. Kerner [with permission]
Glenn S. Kerner
GOODWIN PROCTOR LLP
620 Eight Avenue
New York, NY 10018
Telephone: (212) 813-8800
Fax: (212) 355-3333

gkerner@goodwinlaw.com

Richard M. Strassberg (admitted *pro hac vice*)
Caroline H. Bullerjahn (admitted *pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Fax: (617) 523-1231
rstrassberg@goodwinlaw.com
cbullerjahn@goodwinlaw.com

*Attorneys for Defendant Mark W. Schwartz*

-4-

-5-

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 16, 2020, I served the following papers via the Court's CM/ECF system on all counsel of record: (1) Defendants' Notice of Motion to Dismiss the Verified Shareholder Derivative Complaint; (2) Defendants' Memorandum of Law in support of the Motion; (3) the Declaration of Shahzeb Lari; (4) a proposed form of Order; and (5) this Certification of Service.

/s/ Eric Blumenfeld