# The Brown Law Firm, P.C.

240 Townsend Square, Oyster Bay, NY 11771
Telephone: (516) 922-5427, Facsimile: (516) 344-6204

July 12, 2021

Timothy Brown
tbrown@thebrownlawfirm.net

**BY ECF**
The Honorable Kevin McNulty
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re: *Johnson v. Schwartz, et al.*, No. 2:18-cv-00903 (D.N.J.)

Dear Judge McNulty:

     Pursuant to the Order issued by the Court on July 1, 2021, the parties in this derivative action now submit this status report. The parties in this case were signatories to the Stipulation and Agreement of Settlement ("Stipulation") that was filed on June 21, 2021 in the related derivative action that is also pending before Your Honor and that is styled as *Keller v. Ashton, et al.*, Case No. 2:17-cv-01777-KM-JBC. Dkt No. 58. The Stipulation was filed together with Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement. Dkt No. 59. The proposed settlement, if and once approved by Your Honor, will resolve this derivative action.

     Very truly yours,

     */s/ Timothy Brown*
     Timothy Brown

Cc: All counsel (by ECF)